UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLAND K. BROWN,<br>        Plaintiff,<br><br>v.<br><br>JERALD MAY, WARDEN AT C.F.C.F.;<br>BLANCH CARNEY, COMMISSIONER;<br>JIM KENNEY, MAYOR OF PHILADELPHIA,<br>        Defendants. | No. 2:16-cv-01873 |

# **O R D E R**

**NOW**, this 15th day of May, 2017, for the reasons set forth in the opinion issued this date,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 9, is **GRANTED**;

2. The Complaint, ECF No. 7, is **DISMISSED without prejudice**; and

3. Brown may file an amended complaint **no later than June 15, 2017**, or this action will be closed without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1